IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROGER T. BRILL and
CLAUDIA BRILL,

       Plaintiffs,

vs.                                  CASE NO.: 1:07cv49-SPM/AK

GEOEQUITIES, LLC,
a Nevada limited liability company,
GEOSTAR CORPORATION,
a Delaware corporation, and
TONY FERGUSON,

       Defendants.
_____/

## ORDER OF DISMISSAL

       Pursuant to the Joint Notice of Settlement (doc. 32) and Northern District of Florida Local Rule 16.2(D), it is

       ORDERED AND ADJUDGED:

       1.       This case is dismissed with prejudice.

       2.       The Court retains jurisdiction through April 30, 2009, for enforcement of the settlement agreement.

       DONE AND ORDERED this 22nd day of October, 2007.

                                           *s/ Stephan P. Mickle*
                                           Stephan P. Mickle
                                           United States District Judge