IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROGER T. BRILL and
CLAUDIA BRILL,

      Plaintiffs,

vs.                                    CASE NO.: 1:07cv49-SPM/AK

GEOEQUITIES, LLC,
a Nevada limited liability company,
GEOSTAR CORPORATION,
a Delaware corporation, and
TONY FERGUSON,

      Defendants.
_____/

## ORDER GRANTING MOTION TO WITHDRAW MOTION

Upon consideration, Plaintiff's Motion to Withdraw Motion for Entry of Consent Judgment (doc. 35) is granted. Plaintiff's Motion for Entry of Consent Judgment (doc. 34) is deemed withdrawn.

SO ORDERED this 23rd day of June, 2008.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          United States District Judge