IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROGER T. BRILL and
CLAUDIA BRILL,

    Plaintiffs,

v.                         CASE NO.: 1:07cv49-SPM/AK

GEOEQUITIES, LLC,
a Nevada limited liability company,
GEOSTAR CORPORATION,
a Delaware corporation, and
TONY FERGUSON,

    Defendants.
_____/

## ORDER DENYING RENEWED MOTION FOR ENTRY OF CONSENT JUDGMENT

This cause comes before the Court on Plaintiffs' Renewed Motion for Entry of Consent Judgment. Doc. 37. At issue is whether Defendants are in default of the settlement agreement because they have failed to use their best efforts to obtain a release of all sums that Plaintiffs owe to NELC pursuant to a promissory note dated December 17, 2002.

Defendants have submitted reports outlining their best efforts to obtain the release from NELC. Docs. 38, 42 and 45. Based on the reports, the Court finds

that Defendants are not in default of the settlement agreement. Accordingly, it is

ORDERED AND ADJUDGED:

1. Plaintiffs' Renewed Motion for Entry of Consent Judgment (doc. 37) is denied.

2. The Court reserves jurisdiction to enter the consent judgment in the event NELC files an action against Plaintiffs to recover any amounts allegedly due under the promissory note.

DONE AND ORDERED this 23rd day of September, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge